UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

 Katherine A. Gokce and Mutlu Gokce

Case No.: _____18-29494-JKS_____

Chapter: _____13_____

Judge: _____Sherwood_____

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: __Jenee Ciccarelli_____

This will confirm that on _____01/21/2020_____ the following document(s) was filed by you.

☒    Amendment to Schedule(s) __E/F_____,

☐    Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☐    Declaration About an Individual Debtor's Schedules (106 Declaration)

☒    An updated Summary of Your Assets and Liabilities and Certain Statistical Information
      (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐    Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐    An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary)
      [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date
of this notice.

Dated: 01/22/2020_____                    Jeanne A. Naughton, Clerk

*rev.1/4/17*

```
                           United States Bankruptcy Court
                              District of New Jersey
```

```
In re:                                                    Case No. 18-29494-JKS
Katherine A. Gokce                                        Chapter 13
Mutlu Gokce
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin            Page 1 of 1            Date Rcvd: Jan 22, 2020
                              Form ID: pdf903        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
db/jdb          +Katherine A. Gokce,   Mutlu Gokce,   122 Ridge Road,   West Milford, NJ 07480-2910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                      TOTAL: 0

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    The Money Source Inc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Gavin  Stewart    on behalf of Creditor    The Money Source Inc. gavin@stewartlegalgroup.com
          Jeanette F. Frankenberg    on behalf of Creditor    The Money Source as servicer for Iserve
           Residential Lending LLC cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    ISERVE RESIDENTIAL LENDING, LLC
           cmecf@sternlav.com
          Jenee K. Ciccarelli    on behalf of Joint Debtor Mutlu  Gokce info@jc-lawpc.com,
           nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
          Jenee K. Ciccarelli    on behalf of Debtor Katherine A. Gokce info@jc-lawpc.com,
           nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
          Jenna Z. Gabay    on behalf of Creditor    Strategic Funding Source, Inc. jenna.gabay@rivkin.com,
           matthew.spero@rivkin.com;jeannine.farino@rivkin.com;jennifer.davila@rivkin.com;atia.allen@rivkin.
           com;farrah.choudry@rivkin.com
          Maria  Cozzini    on behalf of Creditor    The Money Source as servicer for Iserve Residential
           Lending LLC mcozzini@sternlav.com
          Maria  Cozzini    on behalf of Creditor    ISERVE RESIDENTIAL LENDING, LLC mcozzini@sternlav.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Yale A. Leber    on behalf of Creditor    Strategic Funding Source, Inc. yale.leber@rivkin.com
                                                                      TOTAL: 12