Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29494−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Katherine A. Gokce                             Mutlu Gokce
   122 Ridge Road                                  122 Ridge Road
   West Milford, NJ 07480                   West Milford, NJ 07480

Social Security No.:
   xxx−xx−6494                                      xxx−xx−5733

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 11/18/2020 and a confirmation hearing on such Plan has been scheduled for 1/10/19 2 8:30 a.m..

The debtor filed a Modified Plan on 7/14/2020 and a confirmation hearing on the Modified Plan is scheduled for 8/13/2020 @ 8:30 a.m.. Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.   The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 15, 2020
JAN: smz

                                                                                             Jeanne Naughton
                                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-29494-JKS
Katherine A. Gokce                                                              Chapter 13
Mutlu Gokce
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2          Date Rcvd: Jul 15, 2020
                             Form ID: 186             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2020.
db/jdb         +Katherine A. Gokce,    Mutlu Gokce,    122 Ridge Road,    West Milford, NJ 07480-2910
cr             +ISERVE RESIDENTIAL LENDING, LLC,    Stern Lavinthal & Frankenberg LLC,    105 Eisenhower Parkway,
                 Suite 302,    Roseland, NJ 07068-1640
cr             #Strategic Funding Source, Inc.,    c/o Rivkin Radler LLP,    21 Main Street,    Court Plaza South,
                 West Wing - Suite 158,    Hackensack, NJ 07601-7021
cr             +The Money Source Inc.,    P.O. Box 340514,    Tampa, FL 33694-0514
cr             +The Money Source as servicer for Iserve Residentia,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
517787545      +Barclays Bank Delaware,    PO BOX 8801,    Wilmington, DE 19899-8801
517787548      +Ford Motor Credit,    PO BOX 542000,    Omaha, NE 68154-8000
518221921      +I C System, Inc.,    PO Box 64378,    St. Paul, MN 55164-0378
518221938      +Iserve Residential Lending,    682 Brookside Rd.,    Allentown, PA 18106-9652
517787542      +John R Morton, Esq.,    110 Marter Ave., Suite 301,    Moorestown, NJ 08057-3124
518221939      +Lincoln Automotive Financial Serv.,    PO Box 542000,    Omaha, NE 68154-8000
517904674      +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    PO Box 2036,
                 Warren, MI 48090-2036
517787540      +Nissan Motor Acceptance Corpotic,    PO BOX 740596,    Cincinnati, OH 45274-0596
517801378       Nissan Motor Acceptance,    POB 660366,    Dallas, TX 75266-0366
518673034     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245)
517787541      +Santander Consumer USA,    PO BOX 660603,    Dallas, TX 75266-0603
517787538      +Serve Resident Lending,    682 Brookside Road,    Allentown, PA 18106-9652
518671182       State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245
517787549      +Stern, Lavintahl & Frankenberg,    105 Eisenhower Parkway #302,    Roseland, NJ 07068-1640
517921626      +Strategic Funding Source, Inc.,    120 West 45th Street, 4th Floor,    New York, NY 10036-4041
517915397      +The Money Source Inc.,    500 South Broad St Suite 100 A,    Meriden, CT 06450-6755
517852633      +Wells Fargo Bank, N.A.,    Small Business Lending Division,    P.O. Box 29482,
                 Phoenix, AZ 85038-9482

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 16 2020 00:54:35     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 16 2020 00:54:32     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 16 2020 01:02:30
                 BMW Bank of North America Department,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave.,
                 Dept. APS,    Oklahoma City, OK 73118-7901
517904633      +E-mail/Text: g20956@att.com Jul 16 2020 00:54:55     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO   PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
517820191       E-mail/Text: ally@ebn.phinsolutions.com Jul 16 2020 00:53:37     Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
517787543      +E-mail/Text: ally@ebn.phinsolutions.com Jul 16 2020 00:53:37     Ally Financial,
                 PO BOX 380901,    Bloomington, MN 55438-0901
517787544      +E-mail/Text: ally@ebn.phinsolutions.com Jul 16 2020 00:53:37     Ally Financial,
                 PO BOX 380903,    Minneapolis, MN 55438-0903
517800363      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 16 2020 01:03:52
                 BMW Bank of North America,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
517787546      +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 16 2020 01:02:35     BMW Financial Services,
                 PO BOX 3608,    Dublin, OH 43016
517821996       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 16 2020 01:02:35
                 BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH 43016
518296416      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 16 2020 00:54:06     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517907131      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 16 2020 01:03:22     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517821277       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 16 2020 01:02:40
                 LVNV Funding, LLC its successors and assigns as,    assignee of Vion Holdings LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517889803      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 16 2020 00:54:32     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517818019      +E-mail/PDF: cbp@onemainfinancial.com Jul 16 2020 01:03:38     OneMain,    PO Box 3251,
                 Evansville, IN 47731-3251
517821168      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 16 2020 01:02:42
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
517793181      +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2020 01:02:23     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021

```
District/off: 0312-2         User: admin              Page 2 of 2             Date Rcvd: Jul 15, 2020
                             Form ID: 186             Total Noticed: 40

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518221940        +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2020 01:03:02      Synchrony Bank-Care Credit,
                  PO Box 965061,   Orlando, FL 32896-5061
                                                                                                  TOTAL: 18

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517800364*       +BMW Bank of North America,   AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                  Oklahoma City, OK 73118-7901
517787547*      ++BMW FINANCIAL SERVICES,   CUSTOMER SERVICE CENTER,   PO BOX 3608,   DUBLIN OH 43016-0306
                 (address filed with court:   BMW Financial Services,   PO BOX 3608,   Dublin, OH  43016)
518221937*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,   SBSE-Insolvency Unit of IRS,
                  PO Box 330500,   Stop 15,   Detroit, MI 48232)
518695673*      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,   Department of Treasury,
                  Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
517787539*       +Serve Resident Lending,   682 Brookside Road,   Allentown, PA 18106-9652
                                                                                    TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   The Money Source Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Gavin   Stewart    on behalf of Creditor   The Money Source Inc. bk@stewartlegalgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    ISERVE RESIDENTIAL LENDING, LLC
               cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor   The Money Source as servicer for Iserve
               Residential Lending LLC cmecf@sternlav.com
              Jenee K. Ciccarelli    on behalf of Joint Debtor Mutlu  Gokce info@jc-lawpc.com,
               nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
              Jenee K. Ciccarelli    on behalf of Debtor Katherine A. Gokce info@jc-lawpc.com,
               nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
              Jenna Z. Gabay    on behalf of Creditor   Strategic Funding Source, Inc. jenna.gabay@rivkin.com,
               matthew.spero@rivkin.com;jeannine.farino@rivkin.com;jennifer.davila@rivkin.com;atia.allen@rivkin.
               com;farrah.choudry@rivkin.com
              Maria   Cozzini    on behalf of Creditor   The Money Source as servicer for Iserve Residential
               Lending LLC mcozzini@sternlav.com
              Maria   Cozzini    on behalf of Creditor    ISERVE RESIDENTIAL LENDING, LLC mcozzini@sternlav.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Yale A. Leber    on behalf of Creditor   Strategic Funding Source, Inc. yale.leber@rivkin.com
                                                                                                   TOTAL: 12
```