| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | Order Filed on August 31, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Katherine A. Gokce<br>Mutlu Gokce<br><br>                                        Debtors. | Chapter 13<br><br>Case No. 18-29494-JKS<br><br>Hearing Date: August 27, 2020<br><br>Judge John K. Sherwood |

**CONSENT ORDER GRANTING MOTION**
**TO VACATE AUTOMATIC STAY AND CO-DEBTOR STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: August 31, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: Katherine A. Gokce and Mutlu Gokce
Case No.: 18-29494-JKS
Caption of Order: **CONSENT ORDER GRANTING MOTION TO VACATE AUTOMATIC STAY AND CO-DEBTOR STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay and Co-Debtor Stay ("Motion") filed by Nissan Motor Acceptance Corporation ("Movant") and whereas the Debtor and Movant seek to resolve the Motion, it is hereby **ORDERED**:

1. That the automatic stay and co-debtor stay are vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following vehicle: **2017 Nissan Altima; VIN: 1N4AL3AP7HC143116** ("Vehicle").

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Jenee K. Ciccarelli* | */s/ Gavin N. Stewart* |
| Jenee K. Ciccarelli, Esq. | Gavin N. Stewart, Esq. |
| Ciccarelli Law, PC | Stewart Legal Group, P.L. |
| 47 Park Avenue, Suite 304 | 401 East Jackson Street, Suite 2340 |
| West Orange, NJ 07052 | Tampa, FL 33602 |
| *Counsel to Debtor* | *Counsel to Creditor* |