| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* |
| In re:<br><br>Katherine A. Gokce<br>Mutlu Gokce<br><br>                                             Debtors. |

Order Filed on August 31, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No. 18-29494-JKS

Hearing Date: August 27, 2020

Judge John K. Sherwood

**CONSENT ORDER GRANTING MOTION
TO VACATE AUTOMATIC STAY AND CO-DEBTOR STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: August 31, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: Katherine A. Gokce and Mutlu Gokce
Case No.: 18-29494-JKS
Caption of Order: **CONSENT ORDER GRANTING MOTION TO VACATE AUTOMATIC STAY AND CO-DEBTOR STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay and Co-Debtor Stay ("Motion") filed by Nissan Motor Acceptance Corporation ("Movant") and whereas the Debtor and Movant seek to resolve the Motion, it is hereby **ORDERED**:

1.  That the automatic stay and co-debtor stay are vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following vehicle: **2017 Nissan Altima; VIN: 1N4AL3AP7HC143116** ("Vehicle").

**STIPULATED AND AGREED**:

*/s/ Jenee K. Ciccarelli*
Jenee K. Ciccarelli, Esq.
Ciccarelli Law, PC
47 Park Avenue, Suite 304
West Orange, NJ 07052
*Counsel to Debtor*

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel to Creditor*

United States Bankruptcy Court
District of New Jersey

In re:
Katherine A. Gokce
Mutlu Gokce
    Debtors

Case No. 18-29494-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 31, 2020
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2020.
db/jdb       +Katherine A. Gokce,    Mutlu Gokce,    122 Ridge Road,    West Milford, NJ 07480-2910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2020                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2020 at the address(es) listed below:
        Denise E. Carlon   on behalf of Creditor   The Money Source Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Gavin Stewart   on behalf of Creditor   Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com
        Gavin Stewart   on behalf of Creditor   The Money Source Inc. bk@stewartlegalgroup.com
        Jeanette F. Frankenberg   on behalf of Creditor   The Money Source as servicer for Iserve Residential Lending LLC cmecf@sternlav.com
        Jeanette F. Frankenberg   on behalf of Creditor   ISERVE RESIDENTIAL LENDING, LLC cmecf@sternlav.com
        Jenee K. Ciccarelli   on behalf of Joint Debtor Mutlu Gokce info@jc-lawpc.com, nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
        Jenee K. Ciccarelli   on behalf of Debtor Katherine A. Gokce info@jc-lawpc.com, nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
        Jenna Z. Gabay   on behalf of Creditor   Strategic Funding Source, Inc. jenna.gabay@rivkin.com, matthew.spero@rivkin.com;jeannine.farino@rivkin.com;jennifer.davila@rivkin.com;atia.allen@rivkin.com;farrah.choudry@rivkin.com
        Maria Cozzini   on behalf of Creditor   The Money Source as servicer for Iserve Residential Lending LLC mcozzini@sternlav.com
        Maria Cozzini   on behalf of Creditor   ISERVE RESIDENTIAL LENDING, LLC mcozzini@sternlav.com
        Marie-Ann Greenberg   magecf@magtrustee.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
        Yale A. Leber   on behalf of Creditor   Strategic Funding Source, Inc. yale.leber@rivkin.com
                                                                                                                                                                               TOTAL: 13