```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Heather Lynn Anderson (015962003)
Deputy Attorney General
R. J. Hughes Justice Complex
25 W. Market Street
P.O. Box 106
Trenton, New Jersey 08625
Attorney for the State of New Jersey,
 Division of Taxation
```

**Order Filed on September 21, 2020**

by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>KATHERINE and MUTLU GOKCE,<br><br>    Debtors. | Case No.: 18-29494 (JKS)<br><br>Chapter 13<br><br>Judge: Sherwood, U.S.B.J. |

### CONSENT ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: September 21, 2020**

_/s/ John K. Sherwood_

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtors: Katherine and Mutlu Gokce
Case No.: 18-29494
Caption of Order: CONSENT ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

This matter having been presented to the Court by Debtors Katherine and Mutlu Gokce ("Debtors"), by and through their counsel, Ciccarelli Law, PC (Jenee K. Ciccarelli, Esq., appearing), by Modified Chapter 13 Plan (Docket No. 116), and the State of New Jersey, Division of Taxation ("Taxation") having opposed such Plan, by and through its counsel, Gurbir S. Grewal, Attorney General of New Jersey (Heather Lynn Anderson, Deputy Attorney General, appearing), and Debtors and Taxation having amicably resolved Taxation's claims and their treatment through Debtors' Plan and good and sufficient cause appearing for the entry of the within Order;

(1) IT IS HEREBY ORDERED THAT Taxation's Proof of Claim (Claim No. 18-1) filed on February 4, 2020, is hereby allowed and treated as follows:
   a. The secured portion of Taxation's claim is allowed in its entirety in the amount of $1,840.40. Debtors' Plan is hereby amended to provide for full payment of the secured portion;
   b. The priority portion of Taxation's claim is hereby amended to the amount of $Zero; and
   c. The general unsecured portion of Taxation's claim in the amount of $549.64 shall be treated as other general unsecured claims in Debtors' Plan.

(2) IT IS FURTHER ORDERED THAT if any provision of this Order conflicts with any other Order entered in this matter, including an order confirming Debtors' Chapter 13 Plan and/or discharge order, the provisions of this Order shall control.

CONSENTED AS TO FORM AND ENTRY:

CICCARELLI LAW, PC
Attorneys for the Debtors

/s/ Jenee K. Ciccarelli
Jenee K. Ciccarelli, Esq.

GURBIR S. GREWAL
Attorney General of New Jersey
Attorney for Taxation

/s/ Heather Lynn Anderson
Heather Lynn Anderson
Deputy Attorney General