```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Heather Lynn Anderson (015962003)
Deputy Attorney General
R. J. Hughes Justice Complex
25 W. Market Street
P.O. Box 106
Trenton, New Jersey 08625
Attorney for the State of New Jersey,
 Division of Taxation
```

**Order Filed on September 21, 2020**

**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| In Re: | Case No.: 18-29494 (JKS) |
|---|---|
| KATHERINE and MUTLU GOKCE, | Chapter 13 |
| Debtors. | Judge: Sherwood, U.S.B.J. |

CONSENT ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: September 21, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtors: Katherine and Mutlu Gokce
Case No.: 18-29494
Caption of Order: CONSENT ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

This matter having been presented to the Court by Debtors Katherine and Mutlu Gokce ("Debtors"), by and through their counsel, Ciccarelli Law, PC (Jenee K. Ciccarelli, Esq., appearing), by Modified Chapter 13 Plan (Docket No. 116), and the State of New Jersey, Division of Taxation ("Taxation") having opposed such Plan, by and through its counsel, Gurbir S. Grewal, Attorney General of New Jersey (Heather Lynn Anderson, Deputy Attorney General, appearing), and Debtors and Taxation having amicably resolved Taxation's claims and their treatment through Debtors' Plan and good and sufficient cause appearing for the entry of the within Order;

(1) IT IS HEREBY ORDERED THAT Taxation's Proof of Claim (Claim No. 18-1) filed on February 4, 2020, is hereby allowed and treated as follows:
   a. The secured portion of Taxation's claim is allowed in its entirety in the amount of $1,840.40. Debtors' Plan is hereby amended to provide for full payment of the secured portion;
   b. The priority portion of Taxation's claim is hereby amended to the amount of $Zero; and
   c. The general unsecured portion of Taxation's claim in the amount of $549.64 shall be treated as other general unsecured claims in Debtors' Plan.

(2) IT IS FURTHER ORDERED THAT if any provision of this Order conflicts with any other Order entered in this matter, including an order confirming Debtors' Chapter 13 Plan and/or discharge order, the provisions of this Order shall control.

CONSENTED AS TO FORM AND ENTRY:

CICCARELLI LAW, PC
Attorneys for the Debtors

*/s/ Jenee K. Ciccarelli*
Jenee K. Ciccarelli, Esq.

GURBIR S. GREWAL
Attorney General of New Jersey
Attorney for Taxation

*/s/ Heather Lynn Anderson*
Heather Lynn Anderson
Deputy Attorney General

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 18-29494-JKS
Katherine A. Gokce                                                Chapter 13
Mutlu Gokce
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 21, 2020
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2020.
db/jdb          +Katherine A. Gokce,    Mutlu Gokce,    122 Ridge Road,    West Milford, NJ 07480-2910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2020 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    The Money Source Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Gavin    Stewart     on behalf of Creditor    The Money Source Inc. bk@stewartlegalgroup.com
        Gavin    Stewart     on behalf of Creditor    Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com
        Heather Lynn    Anderson     on behalf of Creditor    State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us
        Jeanette F. Frankenberg    on behalf of Creditor    The Money Source as servicer for Iserve Residential Lending LLC cmecf@sternlav.com
        Jeanette F. Frankenberg    on behalf of Creditor    ISERVE RESIDENTIAL LENDING, LLC cmecf@sternlav.com
        Jenee K. Ciccarelli    on behalf of Joint Debtor Mutlu  Gokce info@jc-lawpc.com, nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
        Jenee K. Ciccarelli    on behalf of Debtor Katherine A. Gokce info@jc-lawpc.com, nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
        Jenna Z. Gabay    on behalf of Creditor    Strategic Funding Source, Inc. jenna.gabay@rivkin.com, matthew.spero@rivkin.com;jeannine.farino@rivkin.com;jennifer.davila@rivkin.com;atia.allen@rivkin.com;farrah.choudry@rivkin.com
        Maria    Cozzini     on behalf of Creditor    The Money Source as servicer for Iserve Residential Lending LLC mcozzini@sternlav.com
        Maria    Cozzini     on behalf of Creditor    ISERVE RESIDENTIAL LENDING, LLC mcozzini@sternlav.com
        Marie-Ann    Greenberg     magecf@magtrustee.com
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
        Yale A. Leber    on behalf of Creditor    Strategic Funding Source, Inc. yale.leber@rivkin.com
                                                                                                       TOTAL: 14