**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**

IN RE:
   KATHERINE A. GOKCE
   MUTLU GOKCE

**Order Filed on May 17, 2021**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  18-29494 JKS**

**Hearing Date:  5/13/2021**

**Judge:  JOHN K. SHERWOOD**

**Debtor is Entitled To Discharge**

## ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: May 17, 2021**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):   KATHERINE A. GOKCE
MUTLU GOKCE

Case No.:   18-29494 JKS

Caption of Order:   ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

---

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with ; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 4/6/2021, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 11/1/2018, the Debtor shall pay the Standing Trustee

  the sum of $13,640.00 paid into date over 30 month(s), and then

  the sum of $2,093.91 for a period of 30 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that the Debtor must complete a loan modification on 122 Ridge Rd West Milford property by 12/1/2021 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that mortgage arrears are to be paid outside the plan through Loan Modification; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-29494-JKS

Katherine A. Gokce                                                        Chapter 13

Mutlu Gokce
　　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                      User: admin                              Page 1 of 2
Date Rcvd: May 17, 2021                   Form ID: pdf903                     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
            regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2021:**

**Recip ID                    Recipient Name and Address**
db/jdb              +  Katherine A. Gokce, Mutlu Gokce, 122 Ridge Road, West Milford, NJ 07480-2910

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: May 19, 2021                 Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |
| Jeanette F. Frankenberg | on behalf of Creditor The Money Source as servicer for Iserve Residential Lending LLC cmecf@sternlav.com |
| Jeanette F. Frankenberg | on behalf of Creditor ISERVE RESIDENTIAL LENDING  LLC cmecf@sternlav.com |

Jenee K. Ciccarelli

     on behalf of Joint Debtor Mutlu Gokce info@jc-lawpc.com  nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com

Jenee K. Ciccarelli

     on behalf of Debtor Katherine A. Gokce info@jc-lawpc.com  nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com

Jenna Z. Gabay

     on behalf of Creditor Strategic Funding Source  Inc. jenna.gabay@rivkin.com,
matthew.spero@rivkin.com;jeannine.farino@rivkin.com;jennifer.davila@rivkin.com;atia.allen@rivkin.com;farrah.choudry@rivkin.com

Maria Cozzini

     on behalf of Creditor The Money Source as servicer for Iserve Residential Lending LLC mcozzini@sternlav.com

Maria Cozzini

     on behalf of Creditor ISERVE RESIDENTIAL LENDING  LLC mcozzini@sternlav.com

Marie-Ann Greenberg

     magecf@magtrustee.com

U.S. Trustee

     USTPRegion03.NE.ECF@usdoj.gov

Yale A. Leber

     on behalf of Creditor Strategic Funding Source  Inc. yale.leber@rivkin.com


TOTAL: 14