Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29494−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Katherine A. Gokce                           Mutlu Gokce
   122 Ridge Road                                122 Ridge Road
   West Milford, NJ 07480                 West Milford, NJ 07480

Social Security No.:
   xxx−xx−6494                                  xxx−xx−5733

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 17, 2021.

Dated: May 17, 2021
JAN: zlh

                                                               Jeanne Naughton
                                                               Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Katherine A. Gokce  
Mutlu Gokce  
    Debtors

Case No. 18-29494-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: May 17, 2021      Form ID: plncf13      Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Katherine A. Gokce, Mutlu Gokce, 122 Ridge Road, West Milford, NJ 07480-2910 |
| cr | + | ISERVE RESIDENTIAL LENDING, LLC, Stern Lavinthal & Frankenberg LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| cr | + | Nissan Motor Acceptance Corporation, POB 340514, Tampa, FL 33694-0514 |
| cr | + | The Money Source Inc., P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | The Money Source as servicer for Iserve Residentia, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 517787545 | + | Barclays Bank Delaware, PO BOX 8801, Wilmington, DE 19899-8801 |
| 517787548 | + | Ford Motor Credit, PO BOX 542000, Omaha, NE 68154-8000 |
| 518221921 | + | I C System, Inc., PO Box 64378, St. Paul, MN 55164-0378 |
| 518221938 | + | Iserve Residential Lending, 682 Brookside Rd., Allentown, PA 18106-9652 |
| 517787542 | + | John R Morton, Esq, 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 518221939 | + | Lincoln Automotive Financial Serv., PO Box 542000, Omaha, NE 68154-8000 |
| 517787540 | + | Nissa Motor Acceptance Corpotic, PO BOX 740596, Cincinnati, OH 45274-0596 |
| 517801378 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 518673034 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517787541 | + | Santander Consumer USA, PO BOX 660603, Dallas, TX 75266-0603 |
| 517787538 | + | Serve Resident Lending, 682 Brookside Road, Allentown, PA 18106-9652 |
| 518671182 | | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517787549 | + | Stern, Lavintahl & Frankenberg, 105 Eisenhower Parkway #302, Roseland, NJ 07068-1640 |
| 517921626 | + | Strategic Funding Source, Inc., 120 West 45th Street, 4th Floor, New York, NY 10036-4041 |
| 517915397 | + | The Money Source Inc., 500 South Broad St Suite 100 A, Meriden, CT 06450-6755 |
| 517852633 | + | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482, Phoenix, AZ 85038-9482 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 17 2021 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 17 2021 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | May 17 2021 22:21:08 | BMW Bank of North America Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 517904633 | + | Email/Text: g20956@att.com | May 17 2021 20:50:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2021 | Form ID: plncf13 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517820191 | | Email/Text: ally@ebn.phinsolutions.com | May 17 2021 20:48:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 517787544 | + | Email/Text: ally@ebn.phinsolutions.com | May 17 2021 20:48:00 | Ally Financial, PO BOX 380903, Minneapolis, MN 55438-0903 |
| 517787543 | + | Email/Text: ally@ebn.phinsolutions.com | May 17 2021 20:48:00 | Ally Financial, PO BOX 380901, Bloomington, MN 55438-0901 |
| 517800363 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | May 17 2021 22:23:35 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517787546 | | Email/PDF: ais.bmw.ebn@americaninfosource.com | May 17 2021 22:23:38 | BMW Financial Services, PO BOX 3608, Dublin, OH 43016 |
| 517821996 | | Email/PDF: ais.bmw.ebn@americaninfosource.com | May 17 2021 22:22:37 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 518296416 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 17 2021 20:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517907131 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2021 22:22:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517821277 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2021 22:22:24 | LVNV Funding, LLC its successors and assigns as, assignee of Vion Holdings LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517904674 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2021 20:49:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 517889803 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2021 20:49:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517818019 | + | Email/PDF: cbp@onemainfinancial.com | May 17 2021 22:22:06 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 517821168 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2021 22:23:39 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 517793181 | + | Email/PDF: gecsedi@recoverycorp.com | May 17 2021 22:20:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518221940 | + | Email/PDF: gecsedi@recoverycorp.com | May 17 2021 22:23:20 | Synchrony Bank-Care Credit, PO Box 965061, Orlando, FL 32896-5061 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517800364 | *+ | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517787547 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, BMW Financial Services, PO BOX 3608, Dublin, OH 43016 |
| 518221937 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, SBSE-Insolvency Unit of IRS, PO Box 330500, Stop 15, Detroit, MI 48232 |
| 518695673 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517787539 | *+ | Serve Resident Lending, 682 Brookside Road, Allentown, PA 18106-9652 |
| cr | ## | Strategic Funding Source, Inc., c/o Rivkin Radler LLP, 21 Main Street, Court Plaza South, West Wing - Suite 158, Hackensack, NJ 07601-7021 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 17, 2021 | Form ID: plncf13 | Total Noticed: 40 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2021              Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com |
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |
| Jeanette F. Frankenberg | on behalf of Creditor ISERVE RESIDENTIAL LENDING  LLC cmecf@sternlav.com |
| Jeanette F. Frankenberg | on behalf of Creditor The Money Source as servicer for Iserve Residential Lending LLC cmecf@sternlav.com |
| Jenee K. Ciccarelli | on behalf of Joint Debtor Mutlu Gokce info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |
| Jenee K. Ciccarelli | on behalf of Debtor Katherine A. Gokce info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |
| Jenna Z. Gabay | on behalf of Creditor Strategic Funding Source  Inc. jenna.gabay@rivkin.com, matthew.spero@rivkin.com;jeannine.farino@rivkin.com;jennifer.davila@rivkin.com;atia.allen@rivkin.com;farrah.choudry@rivkin.com |
| Maria Cozzini | on behalf of Creditor The Money Source as servicer for Iserve Residential Lending LLC mcozzini@sternlav.com |
| Maria Cozzini | on behalf of Creditor ISERVE RESIDENTIAL LENDING  LLC mcozzini@sternlav.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yale A. Leber | on behalf of Creditor Strategic Funding Source  Inc. yale.leber@rivkin.com |

TOTAL: 14