**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Jenèe K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
47 Park Ave., Suite 304
West Orange, New Jersey 07052
Phone: 973-737-9060
Fax: 973-619-0023
jenee@jc-lawpc.com

Order Filed on June 14, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Katherine A Gokce/Mutlu Gokce,

Debtor(s)

Case No.    18-29494

Chapter:    13

Hearing Date:    June 10, 2021 @ 10:00 am

Judge: Hon. John K Sherwood

## ORDER GRANTING CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: June 14, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

Page:  2
Debtors: KKatherine A Gokce/Mutlu Gokce,
Case No. 18-29494/JKS
Caption:  Order Granting Chapter 13 Fees

_____

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

 **IT IS HEREBY,**

**ORDERED,** that Jenee Ciccarelli, Esq., is allowed of fee of $11,793.00 for additional services and $47.21 for disbursements for a total due of $11,840.21 minus a courtesy discount from the Firm of $1,840.21 leaving a net balance of $10,000.00.  The allowance shall be payable:


_____X____        through the Chapter 13 plan as an administrative priority .

_____        outside the Chapter 13 plan.


**ORDERED**, that Debtor's Plan payment shall be determined at Confirmation; and it is further,

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.