| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Jenèe K. Ciccarelli, Esq. (JC/0693)<br>Ciccarelli Law, PC<br>47 Park Ave., Suite 304<br>West Orange, New Jersey 07052<br>Phone: 973-737-9060<br>Fax: 973-619-0023<br>jenee@jc-lawpc.com | Order Filed on June 14, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In Re:<br><br>   Katherine A Gokce/Mutlu Gokce,<br><br>                              Debtor(s) | Case No.    18-29494<br><br>Chapter:    13<br><br>Hearing Date:    June 10, 2021 @ 10:00 am<br><br>Judge: Hon. John K Sherwood |

**ORDER GRANTING CHAPTER 13 FEES**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: June 14, 2021**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page:   2
Debtors: KKatherine A Gokce/Mutlu Gokce,
Case No. 18-29494/JKS
Caption:  Order Granting Chapter 13 Fees
_____

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

 **IT IS HEREBY,**

**ORDERED,**  that Jenee Ciccarelli, Esq., is allowed of fee of $11,793.00 for additional services and $47.21 for disbursements for a total due of $11,840.21 minus a courtesy discount from the Firm of $1,840.21 leaving a net balance of $10,000.00.  The allowance shall be  payable:


_____X____        through the Chapter 13 plan as an administrative priority .

_____        outside the Chapter 13 plan.


**ORDERED**, that Debtor's Plan payment shall be determined at Confirmation; and it is further,

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-29494-JKS |
| Katherine A. Gokce | Chapter 13 |
| Mutlu Gokce | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 14, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Katherine A. Gokce, Mutlu Gokce, 122 Ridge Road, West Milford, NJ 07480-2910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |
| Jeanette F. Frankenberg | on behalf of Creditor The Money Source as servicer for Iserve Residential Lending LLC cmecf@sternlav.com |
| Jeanette F. Frankenberg | on behalf of Creditor ISERVE RESIDENTIAL LENDING  LLC cmecf@sternlav.com |

District/off: 0312-2    User: admin    Page 2 of 2
Date Rcvd: Jun 14, 2021    Form ID: pdf903    Total Noticed: 1

| | |
|---|---|
| Jenee K. Ciccarelli | on behalf of Joint Debtor Mutlu Gokce info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |
| Jenee K. Ciccarelli | on behalf of Debtor Katherine A. Gokce info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |
| Jenna Z. Gabay | on behalf of Creditor Strategic Funding Source Inc. jenna.gabay@rivkin.com, matthew.spero@rivkin.com;jeannine.farino@rivkin.com;jennifer.davila@rivkin.com;atia.allen@rivkin.com;farrah.choudry@rivkin.com |
| Maria Cozzini | on behalf of Creditor The Money Source as servicer for Iserve Residential Lending LLC mcozzini@sternlav.com |
| Maria Cozzini | on behalf of Creditor ISERVE RESIDENTIAL LENDING LLC mcozzini@sternlav.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yale A. Leber | on behalf of Creditor Strategic Funding Source Inc. yale.leber@law.njoag.gov |

TOTAL: 14