UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
47 Park Ave., Suite 304
West Orange, New Jersey 07052
Phone: (973) 737-9060
Fax: (973) 619-0023

In Re:

Katherine A. Gokce and Mutlu Gokce

Debtors.

Order Filed on November 15, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-29494
Chapter: 13
Judge: John Sherwood

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: November 15, 2021**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  3/5/2021 :

Property:   122 Ridge Road, West Milford, NJ 07480

Creditor:   The Money Source, Inc./Iserve Residential Lending

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by  Debtors , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including  2/7/2022 .

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2