| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jenee K. Ciccarelli, Esq. (JC/0693)<br>Ciccarelli Law, PC<br>47 Park Ave., Suite 304<br>West Orange, New Jersey 07052<br>Phone: (973) 737-9060<br>Fax: (973) 619-0023 | |
|---|---|
| | Order Filed on November 15, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Katherine A. Gokce and Mutlu Gokce<br><br>                                    Debtors. | Case No.: 18-29494<br>Chapter: 13<br>Judge: John Sherwood |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

_/s/ John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: November 15, 2021**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  3/5/2021  :

Property:     122 Ridge Road, West Milford, NJ 07480

Creditor:     The Money Source, Inc./Iserve Residential Lending

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by  Debtors , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including  2/7/2022 .

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-29494-JKS |
| Katherine A. Gokce | Chapter 13 |
| Mutlu Gokce | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 16, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Katherine A. Gokce, Mutlu Gokce, 122 Ridge Road, West Milford, NJ 07480-2910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2021              Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |
| Jeanette F. Frankenberg | on behalf of Creditor The Money Source as servicer for Iserve Residential Lending LLC cmecf@sternlav.com |
| Jeanette F. Frankenberg | |

District/off: 0312-2    User: admin    Page 2 of 2
Date Rcvd: Nov 16, 2021    Form ID: pdf903    Total Noticed: 1

on behalf of Creditor ISERVE RESIDENTIAL LENDING  LLC cmecf@sternlav.com

Jenee K. Ciccarelli

on behalf of Joint Debtor Mutlu Gokce info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com

Jenee K. Ciccarelli

on behalf of Debtor Katherine A. Gokce info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com

Jenna Z. Gabay

on behalf of Creditor Strategic Funding Source  Inc. jenna.gabay@rivkin.com, matthew.spero@rivkin.com;jeannine.farino@rivkin.com;jennifer.davila@rivkin.com;atia.allen@rivkin.com;farrah.choudry@rivkin.com

Maria Cozzini

on behalf of Creditor The Money Source as servicer for Iserve Residential Lending LLC mcozzini@sternlav.com

Maria Cozzini

on behalf of Creditor ISERVE RESIDENTIAL LENDING  LLC mcozzini@sternlav.com

Marie-Ann Greenberg

magecf@magtrustee.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Yale A. Leber

on behalf of Creditor Strategic Funding Source  Inc. yale.leber@law.njoag.gov

TOTAL: 14