Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29494−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Katherine A. Gokce                               Mutlu Gokce
   122 Ridge Road                                   122 Ridge Road
   West Milford, NJ 07480                     West Milford, NJ 07480

Social Security No.:
   xxx−xx−6494                                         xxx−xx−5733

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/26/22 at 02:00 PM

to consider and act upon the following:

*177* – Motion to Approve Loan Modification with The Money Source Filed by Jenee K. Ciccarelli on behalf of Katherine A. Gokce, Mutlu Gokce. Objection deadline is 04/12/2022. (Attachments: # 1 Certification (Debtor) # 2 Certification (Attorney) # 3 Proposed Order # 4 Certificate of Service) (Ciccarelli, Jenee)

Dated: 5/16/22

                                                                              Jeanne Naughton
                                                                              Clerk, U.S. Bankruptcy Court