Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 18−29494−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Katherine A. Gokce
122 Ridge Road
West Milford, NJ 07480

Mutlu Gokce
122 Ridge Road
West Milford, NJ 07480

Social Security No.:
xxx−xx−6494

xxx−xx−5733

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/26/22 at 02:00 PM

to consider and act upon the following:

*177 −* Motion to Approve Loan Modification with The Money Source Filed by Jenee K. Ciccarelli on behalf of Katherine A. Gokce, Mutlu Gokce. Objection deadline is 04/12/2022. (Attachments: # 1 Certification (Debtor) # 2 Certification (Attorney) # 3 Proposed Order # 4 Certificate of Service) (Ciccarelli, Jenee)

Dated: 5/16/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 18-29494-JKS
Katherine A. Gokce                                                                    Chapter 13
Mutlu Gokce
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: May 16, 2022      Form ID: ntchrgbk      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2022:**

**Recip ID      Recipient Name and Address**
db/jdb      + Katherine A. Gokce, Mutlu Gokce, 122 Ridge Road, West Milford, NJ 07480-2910

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2022 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon
     on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Gavin Stewart
     on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com

Gavin Stewart
     on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com

Heather Lynn Anderson
     on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us

Jeanette F. Frankenberg
     on behalf of Creditor The Money Source as servicer for Iserve Residential Lending LLC cmecf@sternlav.com

Jeanette F. Frankenberg
     on behalf of Creditor ISERVE RESIDENTIAL LENDING  LLC cmecf@sternlav.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 16, 2022 | Form ID: ntchrgbk | Total Noticed: 1 |

Jenee K. Ciccarelli
    on behalf of Joint Debtor Mutlu Gokce info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com

Jenee K. Ciccarelli
    on behalf of Debtor Katherine A. Gokce info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com

Jenna Z. Gabay
    on behalf of Creditor Strategic Funding Source Inc. jenna.gabay@rivkin.com, matthew.spero@rivkin.com;jeannine.farino@rivkin.com;jennifer.davila@rivkin.com;atia.allen@rivkin.com;maureen.chircop@rivkin.com

Maria Cozzini
    on behalf of Creditor The Money Source as servicer for Iserve Residential Lending LLC mcozzini@sternlav.com

Maria Cozzini
    on behalf of Creditor ISERVE RESIDENTIAL LENDING LLC mcozzini@sternlav.com

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Yale A. Leber
    on behalf of Creditor Strategic Funding Source Inc. yale.leber@law.njoag.gov

TOTAL: 14