Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29494−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Katherine A. Gokce                                Mutlu Gokce
   122 Ridge Road                                    122 Ridge Road
   West Milford, NJ 07480                            West Milford, NJ 07480

Social Security No.:
   xxx−xx−6494                                       xxx−xx−5733

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 17, 2021.

On 7/7/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:              August 11, 2022
Time:               08:30 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 12, 2022
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                      Case No. 18-29494-JKS

Katherine A. Gokce                                                                              Chapter 13

Mutlu Gokce

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                                     Page 1 of 4

Date Rcvd: Jul 12, 2022                Form ID: 185                                   Total Noticed: 43

The following symbols are used throughout this certificate:

**Symbol**          **Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##                Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Katherine A. Gokce, Mutlu Gokce, 122 Ridge Road, West Milford, NJ 07480-2910 |
| cr | + | ISERVE RESIDENTIAL LENDING, LLC, Stern Lavinthal & Frankenberg LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| cr | + | Nissan Motor Acceptance Corporation, POB 340514, Tampa, FL 33694-0514 |
| cr | + | The Money Source Inc., P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | The Money Source as servicer for Iserve Residentia, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 518221938 | + | Iserve Residential Lending, 682 Brookside Rd., Allentown, PA 18106-9652 |
| 517787542 | + | John R Morton, Esq, 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 517787540 | + | Nissa Motor Acceptance Corpotic, PO BOX 740596, Cincinnati, OH 45274-0596 |
| 517787541 | + | Santander Consumer USA, PO BOX 660603, Dallas, TX 75266-0603 |
| 517787538 | + | Serve Resident Lending, 682 Brookside Road, Allentown, PA 18106-9652 |
| 518695673 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517787549 | + | Stern, Lavintahl & Frankenberg, 105 Eisenhower Parkway #302, Roseland, NJ 07068-1640 |
| 517921626 | + | Strategic Funding Source, Inc., 120 West 45th Street, 4th Floor, New York, NY 10036-4041 |
| 517852633 | + | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482, Phoenix, AZ 85038-9482 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 12 2022 23:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 12 2022 23:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 12 2022 23:24:02 | Ally Capital, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 12 2022 23:23:55 | BMW Bank of North America Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 517904633 | + | Email/Text: g20956@att.com | Jul 12 2022 23:16:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 517820191 | | Email/Text: ally@ebn.phinsolutions.com | Jul 12 2022 23:16:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519301379 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 12 2022 23:23:55 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 73118-7901 |
| 517787544 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 12 2022 23:16:00 | Ally Financial, PO BOX 380903, Minneapolis, MN 55438-0903 |
| 517787543 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 12 2022 23:16:00 | Ally Financial, PO BOX 380901, Bloomington, MN 55438-0901 |
| 517800363 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 12 2022 23:24:10 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517787546 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jul 12 2022 23:24:10 | BMW Financial Services, PO BOX 3608, Dublin, OH 43016 |
| 517821996 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jul 12 2022 23:24:10 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 517787545 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 12 2022 23:16:00 | Barclays Bank Delaware, PO BOX 8801, Wilmington, DE 19899-8801 |
| 517787548 | + | Email/Text: EBNBKNOT@ford.com | Jul 12 2022 23:16:00 | Ford Motor Credit, PO BOX 542000, Omaha, NE 68154-8000 |
| 518221921 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 12 2022 23:16:00 | I C System, Inc., PO Box 64378, St. Paul, MN 55164-0378 |
| 518296416 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 12 2022 23:16:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517907131 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2022 23:24:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517821277 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2022 23:24:03 | LVNV Funding, LLC its successors and assigns as, assignee of Vion Holdings LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518221939 | + | Email/Text: EBNBKNOT@ford.com | Jul 12 2022 23:16:00 | Lincoln Automotive Financial Serv., PO Box 542000, Omaha, NE 68154-8000 |
| 517904674 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 12 2022 23:16:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 517889803 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 12 2022 23:16:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517801378 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 12 2022 23:16:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 517818019 | + | Email/PDF: cbp@onemainfinancial.com | Jul 12 2022 23:23:54 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 517821168 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2022 23:24:05 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518673034 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 12 2022 23:16:00 | New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518671182 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 12 2022 23:16:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517793181 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 12 2022 23:23:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518221940 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 12 2022 23:24:09 | Synchrony Bank-Care Credit, PO Box 965061, Orlando, FL 32896-5061 |
| 517915397 | + | Email/Text: BK@servicingdivision.com | Jul 12 2022 23:16:00 | The Money Source Inc., 500 South Broad St Suite 100 A, Meriden, CT 06450-6755 |
| 517852633 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 12, 2022 | Form ID: 185 | Total Noticed: 43 |

| | | Jul 12 2022 23:24:14 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482, Phoenix, AZ 85038-9482 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517800364 | *+ | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517787547 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, BMW Financial Services, PO BOX 3608, Dublin, OH 43016 |
| 518221937 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, SBSE-Insolvency Unit of IRS, PO Box 330500, Stop 15, Detroit, MI 48232 |
| 517787539 | *+ | Serve Resident Lending, 682 Brookside Road, Allentown, PA 18106-9652 |
| cr | ## | Strategic Funding Source, Inc., c/o Rivkin Radler LLP, 21 Main Street, Court Plaza South, West Wing - Suite 158, Hackensack, NJ 07601-7021 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 14, 2022         Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com |
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |
| Jeanette F. Frankenberg | on behalf of Creditor ISERVE RESIDENTIAL LENDING  LLC cmecf@sternlav.com |
| Jeanette F. Frankenberg | on behalf of Creditor The Money Source as servicer for Iserve Residential Lending LLC cmecf@sternlav.com |
| Jenee K. Ciccarelli | on behalf of Joint Debtor Mutlu Gokce info@jc-lawpc.com  nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |
| Jenee K. Ciccarelli | on behalf of Debtor Katherine A. Gokce info@jc-lawpc.com  nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |
| Jenna Z. Gabay | on behalf of Creditor Strategic Funding Source  Inc. jenna.gabay@rivkin.com, matthew.spero@rivkin.com;jeannine.farino@rivkin.com;jennifer.davila@rivkin.com;atia.allen@rivkin.com;maureen.chircop@riv |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 12, 2022 | Form ID: 185 | Total Noticed: 43 |

kin.com

Maria Cozzini
on behalf of Creditor The Money Source as servicer for Iserve Residential Lending LLC mcozzini@sternlav.com

Maria Cozzini
on behalf of Creditor ISERVE RESIDENTIAL LENDING  LLC mcozzini@sternlav.com

Marie-Ann Greenberg
magecf@magtrustee.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

Yale A. Leber
on behalf of Creditor Strategic Funding Source  Inc. yale.leber@law.njoag.gov

TOTAL: 14