Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−29494−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Katherine A. Gokce | Mutlu Gokce |
| 122 Ridge Road | 122 Ridge Road |
| West Milford, NJ 07480 | West Milford, NJ 07480 |

Social Security No.:
  xxx−xx−6494                             xxx−xx−5733

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 12, 2022.

Dated: August 12, 2022
JAN: zlh

                Jeanne Naughton
                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                    Case No. 18-29494-JKS

Katherine A. Gokce                                                                                          Chapter 13

Mutlu Gokce

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 4
Date Rcvd: Aug 12, 2022 | Form ID: plncf13 | Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Katherine A. Gokce, Mutlu Gokce, 122 Ridge Road, West Milford, NJ 07480-2910 |
| cr | + | ISERVE RESIDENTIAL LENDING, LLC, Stern Lavinthal & Frankenberg LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| cr | + | Nissan Motor Acceptance Corporation, POB 340514, Tampa, FL 33694-0514 |
| cr | + | The Money Source Inc., P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | The Money Source as servicer for Iserve Residentia, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 518221921 | ++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444 address filed with court:, I C System, Inc., PO Box 64378, St. Paul, MN 55164 |
| 518221938 | + | Iserve Residential Lending, 682 Brookside Rd., Allentown, PA 18106-9652 |
| 517787542 | + | John R Morton, Esq, 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 517787540 | + | Nissa Motor Acceptance Corpotic, PO BOX 740596, Cincinnati, OH 45274-0596 |
| 517787541 | + | Santander Consumer USA, PO BOX 660603, Dallas, TX 75266-0603 |
| 517787538 | + | Serve Resident Lending, 682 Brookside Road, Allentown, PA 18106-9652 |
| 518695673 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517787549 | + | Stern, Lavintahl & Frankenberg, 105 Eisenhower Parkway #302, Roseland, NJ 07068-1640 |
| 517921626 | + | Strategic Funding Source, Inc., 120 West 45th Street, 4th Floor, New York, NY 10036-4041 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 12 2022 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 12 2022 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 12 2022 20:39:58 | Ally Capital, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 12 2022 20:40:15 | BMW Bank of North America Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 517904633 | + | Email/Text: g20956@att.com | Aug 12 2022 20:35:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 517820191 | | Email/Text: ally@ebn.phinsolutions.com | Aug 12 2022 20:34:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519301379 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 12 2022 20:40:14 | Ally Capital, AIS Portfolio Services, LP, 4515 N |

Case 18-29494-JKS    Doc 199    Filed 08/14/22    Entered 08/15/22 00:16:49    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 12, 2022 | Form ID: plncf13 | Total Noticed: 44 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517787544 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 12 2022 20:34:00 | Ally Financial, PO BOX 380903, Minneapolis, MN 55438-0903 |
| 517787543 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 12 2022 20:34:00 | Ally Financial, PO BOX 380901, Bloomington, MN 55438-0901 |
| 517800363 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 12 2022 20:40:05 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517787546 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Aug 12 2022 20:40:06 | BMW Financial Services, PO BOX 3608, Dublin, OH 43016 |
| 517821996 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Aug 12 2022 20:40:15 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 517787545 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 12 2022 20:34:00 | Barclays Bank Delaware, PO BOX 8801, Wilmington, DE 19899-8801 |
| 517787548 | + | Email/Text: EBNBKNOT@ford.com | Aug 12 2022 20:35:00 | Ford Motor Credit, PO BOX 542000, Omaha, NE 68154-8000 |
| 518221921 | | Email/Text: Bankruptcy@ICSystem.com | Aug 12 2022 20:34:00 | I C System, Inc., PO Box 64378, St. Paul, MN 55164 |
| 518296416 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 12 2022 20:34:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517907131 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2022 20:40:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517821277 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2022 20:39:59 | LVNV Funding, LLC its successors and assigns as, assignee of Vion Holdings LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518221939 | + | Email/Text: EBNBKNOT@ford.com | Aug 12 2022 20:35:00 | Lincoln Automotive Financial Serv., PO Box 542000, Omaha, NE 68154-8000 |
| 517904674 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2022 20:35:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 517889803 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2022 20:35:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517801378 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 12 2022 20:34:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 517818019 | + | Email/PDF: cbp@onemainfinancial.com | Aug 12 2022 20:40:04 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 517821168 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2022 20:40:07 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518673034 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 12 2022 20:34:00 | New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518671182 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 12 2022 20:34:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517793181 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 12 2022 20:39:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518221940 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 12 2022 20:40:14 | Synchrony Bank-Care Credit, PO Box 965061, Orlando, FL 32896-5061 |
| 519677572 | + | Email/Text: BK@servicingdivision.com | Aug 12 2022 20:34:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |

District/off: 0312-2 | User: admin | Page 3 of 4
Date Rcvd: Aug 12, 2022 | Form ID: plncf13 | Total Noticed: 44

| Recip ID | | | |
|---|---|---|---|
| 517915397 | + Email/Text: BK@servicingdivision.com | Aug 12 2022 20:34:00 | The Money Source Inc., 500 South Broad St Suite 100 A, Meriden, CT 06450-6755 |
| 517852633 | + Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 12 2022 20:50:39 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482, Phoenix, AZ 85038-9482 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517800364 | *+ | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517787547 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, BMW Financial Services, PO BOX 3608, Dublin, OH 43016 |
| 518221937 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, SBSE-Insolvency Unit of IRS, PO Box 330500, Stop 15, Detroit, MI 48232 |
| 517787539 | *+ | Serve Resident Lending, 682 Brookside Road, Allentown, PA 18106-9652 |
| cr | ## | Strategic Funding Source, Inc., c/o Rivkin Radler LLP, 21 Main Street, Court Plaza South, West Wing - Suite 158, Hackensack, NJ 07601-7021 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com |
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |
| Jeanette F. Frankenberg | on behalf of Creditor ISERVE RESIDENTIAL LENDING  LLC cmecf@sternlav.com |
| Jeanette F. Frankenberg | on behalf of Creditor The Money Source as servicer for Iserve Residential Lending LLC cmecf@sternlav.com |
| Jenee K. Ciccarelli | on behalf of Joint Debtor Mutlu Gokce info@jc-lawpc.com  nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |
| Jenee K. Ciccarelli | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 12, 2022 | Form ID: plncf13 | Total Noticed: 44 |

| | |
|---|---|
| | on behalf of Debtor Katherine A. Gokce info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |
| Jenna Z. Gabay | on behalf of Creditor Strategic Funding Source  Inc. jenna.gabay@rivkin.com, matthew.spero@rivkin.com;jeannine.farino@rivkin.com;jennifer.davila@rivkin.com;atia.allen@rivkin.com;maureen.chircop@rivkin.com |
| Maria Cozzini | on behalf of Creditor The Money Source as servicer for Iserve Residential Lending LLC mcozzini@sternlav.com |
| Maria Cozzini | on behalf of Creditor ISERVE RESIDENTIAL LENDING  LLC mcozzini@sternlav.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yale A. Leber | on behalf of Creditor Strategic Funding Source  Inc. yale.leber@law.njoag.gov |

TOTAL: 14