| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** |
| IN RE:<br><br>KATHERINE A. GOKCE<br>MUTLU GOKCE |

Case No.: 18-29494

Adv. No.:

Hearing Date: 04/13/2023

Judge: JKS

### CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 03/14/2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
KATHERINE A. GOKCE
MUTLU GOKCE
122 RIDGE ROAD
WEST MILFORD, NJ  07480
Mode of Service:  Regular Mail

Attorney for Debtor(s):
JENEE K. CICCARELLI
CICCARELLI LAW, PC
239 NEW ROAD
BUILDING A, SUITE 301
PARSIPPANY, NJ  07054
Mode of Service:  ECF and/or Regular Mail

Dated:  March 14, 2023

By:  /S/ Keith Guarneri
Keith Guarneri