|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>Jenee K. Ciccarelli, Esq. (JC/0693)<br>Ciccarelli Law, PC<br>239 New Road, Building A, Suite 301<br>Parsippany, NJ 07054<br>Phone: (973) 737-9060<br>Fax: (973) 619-0023<br>Attorney for Debtors, Katherine A. Gokce and Mutlu Gokce | |

Order Filed on June 20, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 18-29494 |
| Hearing Date: | 6/8/23 |
| Chapter: | 13 |
| Judge: | John K. Sherwood |

# ORDER CONCERNING MOTION FOR DISCHARGE
## PURSUANT TO SECTION 1328(b) OF THE BANKRUPTCY CODE

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 20, 2023**

_/s/ John K. Sherwood_

Honorable John K. Sherwood
United States Bankruptcy Court

The debtor having filed a motion requesting entry of a discharge prior to the completion of plan payments under Section 1328(b) of the Bankruptcy Code, and the court having considered the matter and for good cause, it is hereby

**ORDERED** that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and it is further **ORDERED** that:

- the debtor's plan shall be deemed completed and the Chapter 13 Trustee shall promptly issue a Final Report; and

- the debtor must, within 14 days of the date of this order, file a *Certification in Support of Discharge* and a certification that debtor has completed an instructional course concerning personal financial management in compliance with Section 1328(g) of the Bankruptcy Code *(Certificate of Debtor Education)* or the Clerk shall close the case without discharge and without further notice; and

- the Clerk shall enter a discharge and provide notice of same upon the filing of the documents named above.

- the debtor's discharge is subject to Section 1328(c) of the Bankruptcy Code and/or Fed.R.Bankr.P. 4007(d).

*new.2019*