UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Jenee K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
239 New Road, Building A, Suite 301
Parsippany, NJ 07054
Phone: (973) 737-9060
Fax: (973) 619-0023
Attorney for Debtors, Katherine A. Gokce and Mutlu
Gokce

**Order Filed on June 20, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| Case No.: | 18-29494 |
| Hearing Date: | 6/8/23 |
| Chapter: | 13 |
| Judge: | John K. Sherwood |

## ORDER CONCERNING MOTION FOR DISCHARGE
## PURSUANT TO SECTION 1328(b) OF THE BANKRUPTCY CODE

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 20, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

The debtor having filed a motion requesting entry of a discharge prior to the completion of plan payments under Section 1328(b) of the Bankruptcy Code, and the court having considered the matter and for good cause, it is hereby

**ORDERED** that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and it is further **ORDERED** that:

- the debtor's plan shall be deemed completed and the Chapter 13 Trustee shall promptly issue a Final Report; and

- the debtor must, within 14 days of the date of this order, file a *Certification in Support of Discharge* and a certification that debtor has completed an instructional course concerning personal financial management in compliance with Section 1328(g) of the Bankruptcy Code *(Certificate of Debtor Education)* or the Clerk shall close the case without discharge and without further notice; and

- the Clerk shall enter a discharge and provide notice of same upon the filing of the documents named above.

- the debtor's discharge is subject to Section 1328(c) of the Bankruptcy Code and/or Fed.R.Bankr.P. 4007(d).

*new.2019*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 18-29494-JKS

Katherine A. Gokce                                                                   Chapter 13

Mutlu Gokce

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                  Page 1 of 2
Date Rcvd: Jun 20, 2023                    Form ID: pdf903                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2023:**

**Recip ID              Recipient Name and Address**
db/jdb                      + Katherine A. Gokce, Mutlu Gokce, 122 Ridge Road, West Milford, NJ 07480-2910

TOTAL: 1


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2023                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2023 at the address(es) listed below:**

**Name**                          **Email Address**

Denise E. Carlon
                                  on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gavin Stewart
                                  on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com

Gavin Stewart
                                  on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com

Heather Lynn Anderson
                                  on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us

Jeanette F. Frankenberg
                                  on behalf of Creditor The Money Source as servicer for Iserve Residential Lending LLC cmecf@sternlav.com

Jeanette F. Frankenberg
                                  on behalf of Creditor ISERVE RESIDENTIAL LENDING  LLC cmecf@sternlav.com

District/off: 0312-2                                                        User: admin                                                                    Page 2 of 2
Date Rcvd: Jun 20, 2023                                             Form ID: pdf903                                                            Total Noticed: 1

Jenee K. Ciccarelli
                    on behalf of Joint Debtor Mutlu Gokce info@jc-lawpc.com  nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com

Jenee K. Ciccarelli
                    on behalf of Debtor Katherine A. Gokce info@jc-lawpc.com  nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com

Jenna Z. Gabay
                    on behalf of Creditor Strategic Funding Source  Inc. jenna.gabay@rivkin.com,
                    matthew.spero@rivkin.com;jeannine.farino@rivkin.com;jennifer.davila@rivkin.com;atia.allen@rivkin.com;maureen.chircop@riv
                    kin.com

Maria Cozzini
                    on behalf of Creditor The Money Source as servicer for Iserve Residential Lending LLC mcozzini@sternlav.com

Maria Cozzini
                    on behalf of Creditor ISERVE RESIDENTIAL LENDING  LLC mcozzini@sternlav.com

Marie-Ann Greenberg
                    magecf@magtrustee.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

Yale A. Leber
                    on behalf of Creditor Strategic Funding Source  Inc. yale.leber@law.njoag.gov


TOTAL: 14