Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29494−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Katherine A. Gokce                        Mutlu Gokce
   122 Ridge Road                             122 Ridge Road
   West Milford, NJ 07480              West Milford, NJ 07480

Social Security No.:
   xxx−xx−6494                                xxx−xx−5733

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

    All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐    Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: July 13, 2023
JAN: dmc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-29494-JKS
Katherine A. Gokce  Chapter 13
Mutlu Gokce
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4
Date Rcvd: Jul 13, 2023      Form ID: cscnodsc      Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Katherine A. Gokce, Mutlu Gokce, 122 Ridge Road, West Milford, NJ 07480-2910 |
| cr | + | ISERVE RESIDENTIAL LENDING, LLC, Stern Lavinthal & Frankenberg LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| cr | + | Nissan Motor Acceptance Corporation, POB 340514, Tampa, FL 33694-0514 |
| cr | + | The Money Source Inc., P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | The Money Source as servicer for Iserve Residentia, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 518221938 | + | Iserve Residential Lending, 682 Brookside Rd., Allentown, PA 18106-9652 |
| 517787542 | + | John R Morton, Esq, 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 517787540 | + | Nissa Motor Acceptance Corpotic, PO BOX 740596, Cincinnati, OH 45274-0596 |
| 517787541 | + | Santander Consumer USA, PO BOX 660603, Dallas, TX 75266-0603 |
| 517787538 | + | Serve Resident Lending, 682 Brookside Road, Allentown, PA 18106-9652 |
| 518695673 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517787549 | #+ | Stern, Lavintahl & Frankenberg, 105 Eisenhower Parkway #302, Roseland, NJ 07068-1640 |
| 517921626 | + | Strategic Funding Source, Inc., 120 West 45th Street, 4th Floor, New York, NY 10036-4041 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 13 2023 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 13 2023 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 13 2023 21:14:08 | Ally Capital, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 13 2023 21:13:48 | BMW Bank of North America Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 517904633 | + | Email/Text: g20956@att.com | Jul 13 2023 20:57:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 519887939 | + | Email/Text: BK@servicingdivision.com | Jul 13 2023 20:56:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034, Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |

Case 18-29494-JKS    Doc 216    Filed 07/15/23    Entered 07/16/23 00:14:24    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 13, 2023 | Form ID: cscnodsc | Total Noticed: 46 |

| | | | |
|---|---|---|---|
| 519887938 | + Email/Text: BK@servicingdivision.com | Jul 13 2023 20:56:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 517820191 | Email/Text: ally@ebn.phinsolutions.com | Jul 13 2023 20:56:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519301379 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jul 13 2023 21:13:18 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517787544 | + Email/Text: ally@ebn.phinsolutions.com | Jul 13 2023 20:56:00 | Ally Financial, PO BOX 380903, Minneapolis, MN 55438-0903 |
| 517787543 | + Email/Text: ally@ebn.phinsolutions.com | Jul 13 2023 20:56:00 | Ally Financial, PO BOX 380901, Bloomington, MN 55438-0901 |
| 517800363 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jul 13 2023 21:13:49 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517787546 | Email/PDF: acg.bmw.ebn@aisinfo.com | Jul 13 2023 21:14:06 | BMW Financial Services, PO BOX 3608, Dublin, OH 43016 |
| 517821996 | Email/PDF: acg.bmw.ebn@aisinfo.com | Jul 13 2023 21:13:49 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 517787545 | + Email/Text: BarclaysBankDelaware@tsico.com | Jul 13 2023 20:56:00 | Barclays Bank Delaware, PO BOX 8801, Wilmington, DE 19899-8801 |
| 517787548 | + Email/Text: EBNBKNOT@ford.com | Jul 13 2023 20:57:00 | Ford Motor Credit, PO BOX 542000, Omaha, NE 68154-8000 |
| 518221921 | + Email/Text: Bankruptcy@ICSystem.com | Jul 13 2023 20:56:00 | I C System, Inc., PO Box 64378, St. Paul, MN 55164-0378 |
| 518296416 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 13 2023 20:56:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517907131 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2023 21:02:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517821277 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2023 21:02:08 | LVNV Funding, LLC its successors and assigns as, assignee of Vion Holdings LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518221939 | + Email/Text: EBNBKNOT@ford.com | Jul 13 2023 20:57:00 | Lincoln Automotive Financial Serv., PO Box 542000, Omaha, NE 68154-8000 |
| 517904674 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 13 2023 20:57:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 517889803 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 13 2023 20:57:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517801378 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 13 2023 20:56:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 517818019 | + Email/PDF: cbp@omf.com | Jul 13 2023 21:13:49 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 517821168 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2023 21:02:27 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518673034 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 13 2023 20:56:00 | New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518671182 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 13 2023 20:56:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517793181 | + Email/PDF: gecsedi@recoverycorp.com | Jul 13 2023 21:02:17 | Synchrony Bank, c/o of PRA Receivables |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 13, 2023 | Form ID: cscnodsc | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518221940 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2023 21:13:57 | Synchrony Bank-Care Credit, PO Box 965061, Orlando, FL 32896-5061 |
| 519677572 | + | Email/Text: BK@servicingdivision.com | Jul 13 2023 20:56:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 517915397 | + | Email/Text: BK@servicingdivision.com | Jul 13 2023 20:56:00 | The Money Source Inc., 500 South Broad St Suite 100 A, Meriden, CT 06450-6755 |
| 517852633 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 13 2023 21:02:24 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482, Phoenix, AZ 85038-9482 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517800364 | *+ | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517787547 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, BMW Financial Services, PO BOX 3608, Dublin, OH 43016 |
| 518221937 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, SBSE-Insolvency Unit of IRS, PO Box 330500, Stop 15, Detroit, MI 48232 |
| 517787539 | *+ | Serve Resident Lending, 682 Brookside Road, Allentown, PA 18106-9652 |
| cr | ## | Strategic Funding Source, Inc., c/o Rivkin Radler LLP, 21 Main Street, Court Plaza South, West Wing - Suite 158, Hackensack, NJ 07601-7021 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com |
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |
| Jeanette F. Frankenberg | on behalf of Creditor ISERVE RESIDENTIAL LENDING  LLC cmecf@sternlav.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 13, 2023 | Form ID: cscnodsc | Total Noticed: 46 |

Jeanette F. Frankenberg
   on behalf of Creditor The Money Source as servicer for Iserve Residential Lending LLC cmecf@sternlav.com

Jenee K. Ciccarelli
   on behalf of Joint Debtor Mutlu Gokce info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com

Jenee K. Ciccarelli
   on behalf of Debtor Katherine A. Gokce info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com

Jenna Z. Gabay
   on behalf of Creditor Strategic Funding Source  Inc. jenna.gabay@rivkin.com,
matthew.spero@rivkin.com;jeannine.farino@rivkin.com;jennifer.davila@rivkin.com;atia.allen@rivkin.com;maureen.chircop@rivkin.com

Maria Cozzini
   on behalf of Creditor The Money Source as servicer for Iserve Residential Lending LLC mcozzini@sternlav.com

Maria Cozzini
   on behalf of Creditor ISERVE RESIDENTIAL LENDING  LLC mcozzini@sternlav.com

Marie-Ann Greenberg
   magecf@magtrustee.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

Yale A. Leber
   on behalf of Creditor Strategic Funding Source  Inc. yale.leber@law.njoag.gov


TOTAL: 14