UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. JC/0693
Ciccarelli Law, PC
239 New Road, Building A, Suite 301
Parsippany, NJ 070
Phone 973-737-9060
Fax 973-619-0023
jenee@jc-lawpc.com
Attorney for Debtor

In Re:

   Katherine A. Gokce and Mutlu Gokce,

                                 Debtors.

Order Filed on August 11, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Chapter 13**

Case No.: 18-29494

Honorable John K. Sherwood

**ORDER**

## ORDER GRANTING MOTION TO REOPEN CASE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: August 11, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor: Katherine A. Gokce and Mutlu Gokce
Case No. 18-29494
Caption: **ORDER GRANTING MOTION TO REOPEN CASE**

---

This matter having come before the Court upon the Debtors' request, and a Notice of Motion for an Order Allowing Debtors to a File their Certification in Support of Discharge, and the Court having reviewed the Motion and attached Certification, and for good cause shown, it is

**ORDERED** that Debtors' case is reopened; and it is further

**ORDERED** that the Debtors must re-file the Certification in Support of Discharge within 10 (ten) days of the entry of this Order.

.