| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Katherine A. Gokce<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–6494<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Mutlu Gokce<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–5733<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    18-29494-JKS | | |

# Order of Discharge                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Katherine A. Gokce                    Mutlu Gokce

<u>8/14/23</u>                         **By the court:** <u>John K. Sherwood</u>
                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                          Case No. 18-29494-JKS

Katherine A. Gokce                                                                                                  Chapter 13

Mutlu Gokce

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Aug 14, 2023 | Form ID: 3180W | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Katherine A. Gokce, Mutlu Gokce, 122 Ridge Road, West Milford, NJ 07480-2910 |
| cr | + | ISERVE RESIDENTIAL LENDING, LLC, Stern Lavinthal & Frankenberg LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| cr | + | Nissan Motor Acceptance Corporation, POB 340514, Tampa, FL 33694-0514 |
| cr | + | The Money Source Inc., P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | The Money Source as servicer for Iserve Residentia, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 518221938 | + | Iserve Residential Lending, 682 Brookside Rd., Allentown, PA 18106-9652 |
| 517787542 | + | John R Morton, Esq, 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 517787540 | + | Nissa Motor Acceptance Corpotic, PO BOX 740596, Cincinnati, OH 45274-0596 |
| 517787541 | + | Santander Consumer USA, PO BOX 660603, Dallas, TX 75266-0603 |
| 517787538 | + | Serve Resident Lending, 682 Brookside Road, Allentown, PA 18106-9652 |
| 518695673 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517787549 | #+ | Stern, Lavintahl & Frankenberg, 105 Eisenhower Parkway #302, Roseland, NJ 07068-1640 |
| 517921626 | + | Strategic Funding Source, Inc., 120 West 45th Street, 4th Floor, New York, NY 10036-4041 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 14 2023 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 14 2023 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Aug 15 2023 00:22:00 | Ally Capital, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Aug 15 2023 00:22:00 | BMW Bank of North America Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 517904633 | + | EDI: CINGMIDLAND.COM | Aug 15 2023 00:22:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 519887939 | + | Email/Text: BK@servicingdivision.com | Aug 14 2023 20:41:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034, Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |

Case 18-29494-JKS    Doc 220    Filed 08/16/23    Entered 08/17/23 00:14:47    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 14, 2023 | Form ID: 3180W | Total Noticed: 46 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519887938 | + | Email/Text: BK@servicingdivision.com | Aug 14 2023 20:41:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 517820191 | | EDI: GMACFS.COM | Aug 15 2023 00:22:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519301379 | + | EDI: AISACG.COM | Aug 15 2023 00:22:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517787544 | + | EDI: GMACFS.COM | Aug 15 2023 00:22:00 | Ally Financial, PO BOX 380903, Minneapolis, MN 55438-0903 |
| 517787543 | + | EDI: GMACFS.COM | Aug 15 2023 00:22:00 | Ally Financial, PO BOX 380901, Bloomington, MN 55438-0901 |
| 517800363 | + | EDI: AISACG.COM | Aug 15 2023 00:22:00 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517787546 | | EDI: BMW.COM | Aug 15 2023 00:22:00 | BMW Financial Services, PO BOX 3608, Dublin, OH 43016 |
| 517821996 | | EDI: BMW.COM | Aug 15 2023 00:22:00 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 517787545 | + | EDI: TSYS2 | Aug 15 2023 00:22:00 | Barclays Bank Delaware, PO BOX 8801, Wilmington, DE 19899-8801 |
| 517787548 | + | Email/Text: EBNBKNOT@ford.com | Aug 14 2023 20:42:00 | Ford Motor Credit, PO BOX 542000, Omaha, NE 68154-8000 |
| 518221921 | + | EDI: LCIICSYSTEM | Aug 15 2023 00:22:00 | I C System, Inc., PO Box 64378, St. Paul, MN 55164-0378 |
| 518296416 | + | EDI: IRS.COM | Aug 15 2023 00:22:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517907131 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2023 21:04:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517821277 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2023 20:53:53 | LVNV Funding, LLC its successors and assigns as, assignee of Vion Holdings LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518221939 | + | Email/Text: EBNBKNOT@ford.com | Aug 14 2023 20:42:00 | Lincoln Automotive Financial Serv., PO Box 542000, Omaha, NE 68154-8000 |
| 517904674 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 14 2023 20:41:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 517889803 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 14 2023 20:41:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517801378 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 14 2023 20:41:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 517818019 | + | EDI: AGFINANCE.COM | Aug 15 2023 00:22:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 517821168 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2023 21:05:13 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518673034 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 14 2023 20:41:00 | New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518671182 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 14 2023 20:41:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517793181 | + | EDI: RMSC.COM | Aug 15 2023 00:22:00 | Synchrony Bank, c/o of PRA Receivables |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 14, 2023 | Form ID: 3180W | Total Noticed: 46 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518221940 | + | EDI: RMSC.COM | Aug 15 2023 00:22:00 | Synchrony Bank-Care Credit, PO Box 965061, Orlando, FL 32896-5061 |
| 519677572 | + | Email/Text: BK@servicingdivision.com | Aug 14 2023 20:41:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 517915397 | + | Email/Text: BK@servicingdivision.com | Aug 14 2023 20:41:00 | The Money Source Inc., 500 South Broad St Suite 100 A, Meriden, CT 06450-6755 |
| 517852633 | + | EDI: WFFC2 | Aug 15 2023 00:22:00 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482, Phoenix, AZ 85038-9482 |

TOTAL: 33

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517800364 | *+ | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517787547 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, BMW Financial Services, PO BOX 3608, Dublin, OH 43016 |
| 518221937 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, SBSE-Insolvency Unit of IRS, PO Box 330500, Stop 15, Detroit, MI 48232 |
| 517787539 | *+ | Serve Resident Lending, 682 Brookside Road, Allentown, PA 18106-9652 |
| cr | ## | Strategic Funding Source, Inc., c/o Rivkin Radler LLP, 21 Main Street, Court Plaza South, West Wing - Suite 158, Hackensack, NJ 07601-7021 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2023                Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com |
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |
| Jeanette F. Frankenberg | |

| | |
|---|---|
| | on behalf of Creditor ISERVE RESIDENTIAL LENDING  LLC cmecf@sternlav.com |
| Jeanette F. Frankenberg | |
| | on behalf of Creditor The Money Source as servicer for Iserve Residential Lending LLC cmecf@sternlav.com |
| Jenee K. Ciccarelli | |
| | on behalf of Joint Debtor Mutlu Gokce info@jc-lawpc.com  nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |
| Jenee K. Ciccarelli | |
| | on behalf of Debtor Katherine A. Gokce info@jc-lawpc.com  nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |
| Jenna Z. Gabay | |
| | on behalf of Creditor Strategic Funding Source  Inc. jenna.gabay@rivkin.com, matthew.spero@rivkin.com;jeannine.farino@rivkin.com;jennifer.davila@rivkin.com;atia.allen@rivkin.com;maureen.chircop@rivkin.com |
| Maria Cozzini | |
| | on behalf of Creditor The Money Source as servicer for Iserve Residential Lending LLC mcozzini@sternlav.com |
| Maria Cozzini | |
| | on behalf of Creditor ISERVE RESIDENTIAL LENDING  LLC mcozzini@sternlav.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| Yale A. Leber | |
| | on behalf of Creditor Strategic Funding Source  Inc. yale.leber@law.njoag.gov |

TOTAL: 14