|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jenee K. Ciccarelli, Esq. JC/0693<br>Ciccarelli Law, PC<br>239 New Road, Building A, Suite 301<br>Parsippany, NJ 070<br>Phone 973-737-9060<br>Fax 973-619-0023<br>jenee@jc-lawpc.com<br>Attorney for Debtor<br><br>In Re:<br><br>   Katherine A. Gokce and Mutlu Gokce,<br><br>                                  Debtors. | Order Filed on August 11, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br>**Chapter 13**<br><br>Case No.: 18-29494<br><br>Honorable John K. Sherwood<br><br>**ORDER** |

## ORDER GRANTING MOTION TO REOPEN CASE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: August 11, 2023**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor: Katherine A. Gokce and Mutlu Gokce
Case No. 18-29494
Caption: **ORDER GRANTING MOTION TO REOPEN CASE**
-------------------------------------------------------------------------------------------------------------------

This matter having come before the Court upon the Debtors' request, and a Notice of Motion for an Order Allowing Debtors to a File their Certification in Support of Discharge, and the Court having reviewed the Motion and attached Certification, and for good cause shown, it is

**ORDERED** that Debtors' case is reopened; and it is further

**ORDERED** that the Debtors must re-file the Certification in Support of Discharge within 10 (ten) days of the entry of this Order.

.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-29494-JKS
Katherine A. Gokce  Chapter 13
Mutlu Gokce
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Aug 14, 2023  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Katherine A. Gokce, Mutlu Gokce, 122 Ridge Road, West Milford, NJ 07480-2910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2023  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |
| Jeanette F. Frankenberg | on behalf of Creditor The Money Source as servicer for Iserve Residential Lending LLC cmecf@sternlav.com |
| Jeanette F. Frankenberg | |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 14, 2023 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor ISERVE RESIDENTIAL LENDING  LLC cmecf@sternlav.com

Jenee K. Ciccarelli

    on behalf of Joint Debtor Mutlu Gokce info@jc-lawpc.com  nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com

Jenee K. Ciccarelli

    on behalf of Debtor Katherine A. Gokce info@jc-lawpc.com  nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com

Jenna Z. Gabay

    on behalf of Creditor Strategic Funding Source  Inc. jenna.gabay@rivkin.com,
matthew.spero@rivkin.com;jeannine.farino@rivkin.com;jennifer.davila@rivkin.com;atia.allen@rivkin.com;maureen.chircop@rivkin.com

Maria Cozzini

    on behalf of Creditor The Money Source as servicer for Iserve Residential Lending LLC mcozzini@sternlav.com

Maria Cozzini

    on behalf of Creditor ISERVE RESIDENTIAL LENDING  LLC mcozzini@sternlav.com

Marie-Ann Greenberg

magecf@magtrustee.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Yale A. Leber

    on behalf of Creditor Strategic Funding Source  Inc. yale.leber@law.njoag.gov

TOTAL: 14